IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 APR 13 AM 11:26

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| R.B. III, M.B., and S.B. ) | |
| *By and Through Next Friend*, ) | |
| ROBERT W. NUTTING, ) | |
|     Plaintiffs, ) | |
| ) | Docket No.: 5:15-cv-00036-gwc |
| v. ) | |
| ) | |
| ORANGE EAST SUPERVISORY UNION, ) | |
| WAITS RIVER VALLEY SCHOOL, ) | |
| WAITS RIVER VALLEY SCHOOL ) | |
| BOARD OF DIRECTORS, BETH COBB, ) | |
| CARLOTTA PERANTONI, STEVE ) | |
| SIMPSON, JONATHAN RUTSTEIN, ) | |
| CHRISTOPHER PRESTON, JOSEPH ) | |
| NOLIN, STACY EMERSON, ) | |
| VALERIE JOHNSON, KEITH ) | |
| THOMPSON, JANET MITCHELL, ) | |
| and PAM DOYLE ) | |
|     Defendants. ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their counsel of record, and hereby stipulate and agree as follows:

That all claims against Defendants shall be dismissed with prejudice, with the Plaintiff and Defendants to each bear their own costs and attorney's fees.

DATED at Chelsea, Vermont this 11th day of April, 2016.

                           R. B. III, M. B., S. B.

By:_____
    Law Offices of Sedon and Ericson, P.C.
    Daniel M. Sedon, Esquire
    Attorneys for Plaintiffs

1

DATED at Burlington, Vermont, this 11th day of April, 2016.

                                    ORANGE EAST SUPERVISORY UNION,
                                    WAITS RIVER VALLEY SCHOOL,
                                    WAITS RIVER VALLEY SCHOOL
                                    BOARD OF DIRECTORS, BETH COBB,
                                    CARLOTTA PERANTONI, STEVE
                                    SIMPSON, JONATHAN RUTSTEIN,
                                    CHRISTOPHER PRESTON, JOSEPH
                                    NOLIN, STACY EMERSON, VALERIE
                                    JOHNSON, KEITH THOMPSON, JANET
                                    MITCHELL, and PAM DOYLE

By: _____
            Pietro M. Lynn, Esq.
            Sean M. Toohey, Esq.
            Lynn, Lynn, Blackman & Manitsky, P.C.
            Attorneys for Defendants
            76 St. Paul St., Suite 400
            Burlington, VT 05401
            (802) 860-1500
            plynn@lynnlawvt.com